IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHIRLEY JOHNSON, Individually and as
Administratrix of the Estate of Evon
Williams and on behalf of the wrongful
death beneficiaries of Evon Williams, and all others
similarly situated                                                                                              PLAINTIFF

v.                                              Case No. 1:17-cv-1053

COURTYARD REHABILITATION AND
HEALTH CENTER, LLC, *et al.*                                                                     DEFENDANTS

## ORDER

Before the Court is the parties' Joint Motion for Voluntary Dismissal. (ECF No. 48). The parties have reached a settlement in this matter. Pursuant to Federal Rule of Civil Procedure 41(a)(2), an action may be dismissed by court order at the plaintiff's request, on terms the court considers proper.

Accordingly, the Joint Motion for Voluntary Dismissal (ECF No. 48) is **GRANTED**, and the above-styled case is hereby **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment. The Court retains jurisdiction to vacate this Order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 25th day of September, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge